OSMOND v. CAROLINA CONCRETE SPECIALTIES

No. 427P02

Case below: 151 N.C. App. 541

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

PAGE v. MANDEL

No. 641P02

Case below: 154 N.C. App. 94

Petition by defendant (Community General Health Partners, Inc. d/b/a Community General Hospital) for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

PEVERALL v. COUNTY OF ALAMANCE

No. 647P02

Case below: 154 N.C. App. 426

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

PHILLIPS v. WARREN

No. 532P02

Case below: 152 N.C. App. 619

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

PROVIDIAN NAT'L BANK v. BRYANT

No. 78P03

Case below: 155 N.C. App. 777

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.